**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

GUILLERMO ISAIAS PEREZ PARRA,

Defendant.

Case No: 24-cr-287 (EK)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned, Katie Renzler of the firm Sher Tremonte LLP, hereby appears as counsel for Defendant Guillermo Isaias Perez Parra in connection with the above-captioned action.

Dated: New York, New York
October 27, 2026

SHER TREMONTE LLP

BY: /s/ *Katie Renzler*

Katie Renzler
90 Broad St., 23rd Floor
New York, NY 10004
(212) 202-2600
krenzler@shertremonte.com

*Attorney for Defendant*
*Guillermo Isaias Perez Parra*